# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                               **Crim. No. 3:92-CR-44-3H**

**CLESTER EARLIS CARTER**

On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                           /s/ Thomas E. Sheppard  
Eddie J. Smith                               Thomas E. Sheppard  
Supervising U.S. Probation Officer          U.S. Probation Officer  
                                                    310 Dick Street  
                                                    Fayetteville, NC 28301-5730  
                                                    Phone: 910-354-2541  
                                                    Executed On: December 19, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 20th day of December 2016.

                                                                       Malcolm J. Howard  
                                                                       Senior U.S. District Judge